IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**HARL GARRETT**                                                      **PETITIONER**

No. 4:20-cv-01252 LPR/PSH

**DEXTER PAYNE, Director,**
**Arkansas Department of Correction**                         **RESPONDENT**

## ORDER

Respondent Dexter Payne ("Payne") requests an extension of time in which to respond to the habeas corpus petition of Harl Garrett. This request (docket entry no. 28) is granted, and Payne is directed to respond on or before January 18, 2022.

IT IS SO ORDERED this 13th day of December, 2021.

_____
UNITED STATES MAGISTRATE JUDGE