# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

**HARL A. GARRETT**  **PLAINTIFF**
**ADC #174125**

v.   Case No. 4:20-cv-01252-LPR

**DEXTER PAYNE**  **DEFENDANT**

## JUDGMENT

Pursuant to the Order that was entered today, it is CONSIDERED, ORDERED, and ADJUDGED that the Petition for Writ of Habeas Corpus is hereby DISMISSED with prejudice. The relief sought is denied.

For the reasons set forth in today's Order, the Court hereby issues a certificate of appealability on the statutory tolling issue related to the motion for a belated appeal.[1]

IT IS SO ADJUDGED this 2nd day of November 2023.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE

---

[1] *See* Proposed Findings and Recommendation (Doc. 31) at 11–23.